# EXHIBIT A

# Hughes, Brendan

| | |
|---|---|
| **From:** | Isaacs, Bruce <BruceIsaacs@dwt.com> |
| **Sent:** | Tuesday, March 20, 2018 1:05 PM |
| **To:** | Shapiro, Ian |
| **Cc:** | Hughes, Brendan; Wyman, Bob; Brounell, Geoffrey; Isaacs, Bruce |
| **Subject:** | RE: SM Kids v. Google |

Ian:

I have now received confirmation that the members of SM Kids LLC have their citizenship in Florida.

Please let me know your thoughts and suggestions on this issue moving forward.

bi

**Bruce Isaacs** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6808 | Fax: (213) 633-6899
Email: bruceisaacs@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Isaacs, Bruce
**Sent:** Monday, March 19, 2018 4:48 PM
**To:** 'Shapiro, Ian'
**Cc:** Hughes, Brendan; Wyman, Bob; Brounell, Geoffrey; Isaacs, Bruce
**Subject:** RE: SM Kids v. Google

Ian:

I'm still waiting for some factual information from my client which we will share with once we receive it.

bi

**Bruce Isaacs** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6808 | Fax: (213) 633-6899
Email: bruceisaacs@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Shapiro, Ian [mailto:ishapiro@cooley.com]
**Sent:** Monday, March 19, 2018 12:45 PM
**To:** Isaacs, Bruce
**Cc:** Hughes, Brendan; Wyman, Bob; Brounell, Geoffrey
**Subject:** RE: SM Kids v. Google

1

Thanks.

**Ian Shapiro**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Direct: +1 212 479 6441 • Fax: +1 212 479 6275
Email: ishapiro@cooley.com • www.cooley.com

---

**From:** Isaacs, Bruce [mailto:BruceIsaacs@dwt.com]
**Sent:** Monday, March 19, 2018 3:44 PM
**To:** Shapiro, Ian <ishapiro@cooley.com>
**Cc:** Hughes, Brendan <bhughes@cooley.com>; Wyman, Bob <BobWyman@dwt.com>; Brounell, Geoffrey <GeoffreyBrounell@dwt.com>; Isaacs, Bruce <BruceIsaacs@dwt.com>
**Subject:** Re: SM Kids v. Google

Should know by the end of the day I hope.

Sent from my iPhone

On Mar 19, 2018, at 12:40 PM, Shapiro, Ian <ishapiro@cooley.com> wrote:

> Alphabet is headquartered in CA.  Please let me know when you expect to have the information relating to SM Kids.  Ian.
>
> **Ian Shapiro**
> Cooley LLP
> 1114 Avenue of the Americas
> New York, NY 10036-7798
> Direct: +1 212 479 6441 • Fax: +1 212 479 6275
> Email: ishapiro@cooley.com • www.cooley.com
>
> ---
>
> **From:** Isaacs, Bruce [mailto:BruceIsaacs@dwt.com]
> **Sent:** Monday, March 19, 2018 3:09 PM
> **To:** Shapiro, Ian <ishapiro@cooley.com>
> **Cc:** Hughes, Brendan <bhughes@cooley.com>; Wyman, Bob <BobWyman@dwt.com>; Brounell, Geoffrey <GeoffreyBrounell@dwt.com>; Isaacs, Bruce <BruceIsaacs@dwt.com>
> **Subject:** RE: SM Kids v. Google
>
> Please let me know the "nerve center" for Alphabet Inc.  I believe that information is important to the determination of diversity.  I am still waiting on information about the members of SM Kids, but I will provide it in exchange for the information above.
>
> If this exchange of information indicates complete diversity, we can they discuss how to handle things logistically.
>
> Thanks.
>
>             bi

**Bruce Isaacs** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6808 | Fax: (213) 633-6899
Email: bruceisaacs@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Shapiro, Ian [mailto:ishapiro@cooley.com]
**Sent:** Monday, March 19, 2018 12:00 PM
**To:** Isaacs, Bruce
**Cc:** Hughes, Brendan; Wyman, Bob; Brounell, Geoffrey
**Subject:** RE: SM Kids v. Google

Thanks Bruce.  The only defendant entity with members is Google LLC, and its sole member is XXVI Holdings Inc.  The sole shareholder of XXVI Holdings Inc. is Alphabet Inc.  I am assuming that you will now provide us with the identities and citizenship of the members of SM Kids LLC.  Ian.

**Ian Shapiro**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Direct: +1 212 479 6441 • Fax: +1 212 479 6275
Email: ishapiro@cooley.com • www.cooley.com

---

**From:** Isaacs, Bruce [mailto:BruceIsaacs@dwt.com]
**Sent:** Monday, March 19, 2018 12:05 PM
**To:** Shapiro, Ian <ishapiro@cooley.com>
**Cc:** Hughes, Brendan <bhughes@cooley.com>; Wyman, Bob <BobWyman@dwt.com>; Brounell, Geoffrey <GeoffreyBrounell@dwt.com>; Isaacs, Bruce <BruceIsaacs@dwt.com>
**Subject:** RE: SM Kids v. Google

Ian:

    I am in the process of seeking to find out the citizenship of the members of the SM Kids LLC.

    It seems to me that in order to conduct a fair, forthright and proper analysis of the diversity issue, I need to know from you the citizenship of all of the members of all of the Defendants.

    Are you willing to do an simultaneous exchange of that information?

    Please let me know.

    We share your goal of avoiding unnecessary motion practice.

    Thanks.

    bi

**Bruce Isaacs** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6808 | Fax: (213) 633-6899
Email: bruceisaacs@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Shapiro, Ian [mailto:ishapiro@cooley.com]
**Sent:** Sunday, March 18, 2018 6:28 PM
**To:** Isaacs, Bruce
**Cc:** Hughes, Brendan; Wyman, Bob; Brounell, Geoffrey
**Subject:** RE: SM Kids v. Google

I think it is required by the allegation that there is a lack of complete diversity.  In any jurisdictional allegation, the facts alleged need to be specific enough to establish jurisdiction.  Here you have alleged jurisdiction pursuant to the settlement agreement based on the absence of diversity jurisdiction, but the complaint does not alleged any facts supporting the absence of diversity jurisdiction. We are trying to avoid unnecessary motion practice.  Thanks, Ian.

**Ian Shapiro**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Direct: +1 212 479 6441 • Fax: +1 212 479 6275
Email: ishapiro@cooley.com • www.cooley.com

**From:** Isaacs, Bruce [mailto:BruceIsaacs@dwt.com]
**Sent:** Sunday, March 18, 2018 7:46 PM
**To:** Shapiro, Ian <ishapiro@cooley.com>
**Cc:** Hughes, Brendan <bhughes@cooley.com>; Wyman, Bob <BobWyman@dwt.com>; Brounell, Geoffrey <GeoffreyBrounell@dwt.com>; Isaacs, Bruce <BruceIsaacs@dwt.com>
**Subject:** RE: SM Kids v. Google

Hi Ian:

>    Do you have authority for the proposition that an LLC has to allege the citizenship of its members?  Please advise.

>    Thank you.

>    bi

**Bruce Isaacs** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6808 | Fax: (213) 633-6899
Email: bruceisaacs@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Shapiro, Ian [mailto:ishapiro@cooley.com]
**Sent:** Sunday, March 18, 2018 5:26 AM
**To:** Isaacs, Bruce
**Cc:** Hughes, Brendan
**Subject:** SM Kids v. Google

4

Bruce:  SM Kids' complaint pleads lack of diversity but does not describe the citizenship of the LLC's members, which would be the basis for determining whether or not there is complete diversity.  Could you please let us know today, if possible, and if not, tomorrow morning, the identity of the LLC's members and their citizenship?  We appreciate it, and if there is anything you would like to discuss in this respect, Brendan and I are available.  Ian.

**Ian Shapiro**
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-7798
Direct: +1 212 479 6441 • Fax: +1 212 479 6275
Email: ishapiro@cooley.com • www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.