

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Geoffrey S. Brounell**

212.603.6404 tel
212.379.5212 fax
geoffreybrounell@dwt.com

April 10, 2019

<u>Via ECF</u>

The Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *SM Kids, LLC v. Google LLC, et al.*, Case No. 18 Civ. 2637 (LGS)

Dear Judge Schofield:

This firm is counsel to Plaintiff SM Kids, LLC ("**SM Kids**").  Pursuant to this Court's May 24, 2018 order (Doc. No. 43), we write to provide a further status update on the Trademark Trial and Appeal Board proceeding filed by Ganz ("**Ganz**"), Proceeding No. 91229200 ("the **TTAB Proceeding**").  Earlier status updates were provided to this Court by letters dated July 9, 2018 August 23, 2018, October 9, 2018, November 26, 2018, January 10, 2019, and February 25, 2019.  (Doc. Nos. 51, 59, 63, 64, 65, 69.)

As previously indicated, the TTAB Proceeding has been stayed, as Ganz commenced a plenary action in the District of Delaware against SM Kids.  As reflected in our last report dated February 25, 2019 (Doc. No. 69), the parties are in discovery and scheduled to mediate before the Magistrate Judge tomorrow.  On March 6, 2019, Ganz filed a motion for leave to file an early summary judgment motion before the date set forth for such motions in the Initial Pre-Trial Order, SM Kids has opposed.  The Court has not yet ruled.

Very truly yours,

Davis Wright Tremaine LLP

*/s/ Geoffrey S. Brounell*

cc:   All Counsel of Record (by ECF)

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com