UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
SM KIDS, LLC,                                           :
                 Plaintiff                  :     18 Civ. 2637 (LGS)
                                                        :
        -against-                              :     <u>ORDER</u>
                                                        :
GOOGLE, LLC, et al.,                                    :
                 Defendant.                 :
------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 16, 2019, the Court issued an Opinion granting Defendants' motion to dismiss.  ECF 76;

       WHEREAS, on June 25, 2020, the Second Circuit issued an Opinion vacating the judgment of this Court and remanding the case for further proceedings consistent with its Opinion.  ECF 92.  It is hereby

       **ORDERED** that the parties shall, by July 3, 2020, file a joint letter proposing next steps.

Dated: June 26, 2020
        New York, New York

                                       LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE