

Ian Shapiro  
+1 212 479 6441  
ishapiro@cooley.com

Via CM/ECF

September 25, 2020

The Hon. Lorna G. Schofield  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

**Re:** *SM Kids, LLC v. Google LLC, et al.* **(18-cv-2637)**

Dear Judge Schofield:

      We write to request permission to file the parties' status letter to the Court on Tuesday September 29, 2020 in light of the fact that Yom Kippur falls on September 28, 2020, the date the letter was originally due pursuant to the Court's Scheduling Order, (ECF No. 98).  Plaintiff has consented to this request.  There have been no other requests for an extension related to this letter.

Sincerely,

Cooley LLP

By: /s/ Ian Shapiro  
Ian Shapiro  
*Attorneys for Defendants*

The application is GRANTED.  The deadline for the parties to file their joint status letter is hereby adjourned from **September 28, 2020** to **September 29, 2020**.

SO ORDERED.

Dated: September 28, 2020  
New York, New York

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157  
t: (212) 479-6000  f: (212) 479-6275  cooley.com