UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                              Plaintiff,

      -against-

Google LLC et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020

1:18-cv-02637 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that, no later than Friday, October 9, 2020, the parties shall file a Joint Letter setting forth each party's position with respect to all open discovery issues.

      The parties shall appear for a Telephone Conference in the above-captioned matter on Wednesday, October 14, 2020, at 2:00 p.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:     New York, New York
              October 2, 2020

_____
STEWART D. AARON
United States Magistrate Judge