UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                  Plaintiff,

-against-

Google LLC et al.,

                  Defendants.

1:18-cv-02637 (LGS) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the further reasons set forth on the record, it is hereby ORDERED, as follows:

1. Defendants' Letter Motion (ECF No. 113) is GRANTED IN PART and DENIED IN PART. In response to Defendants' Request No. 2, Plaintiff shall produce all hard copy documents contained in the boxes that were discussed in today's conference and with respect to ESI shall apply the search terms to be negotiated. In response to Request No. 10, Plaintiffs shall produce all documents and communications from January 1, 2008 to March 26, 2018 concerning SM Kids, LLC, including but not limited to its formation and business.

2. Interrogatories in this case shall be "restricted to those seeking names of witnesses with knowledge of information relevant to the subject matter of the action, the computation of each category of damage alleged, and the existence, custodian, location and general description of relevant documents," in accordance with Local Civil Rule 33.3(a)

3. The parties shall execute the ESI protocol, implementing the changes ordered by the Court during today's conference, no later than October 16, 2020.

4. The parties shall meet and confer in good faith and seek to agree on custodians, search terms and date ranges. The parties also shall meet and confer in good faith in an effort to resolve all other disputes. If the parties are unable to resolve all their disputes, then no later than October 21, 2020, the parties shall file a joint letter (not to exceed 10 pages) setting forth each side's position with respect to each remaining dispute.

5. No later than October 16, 2020, Plaintiff shall file its anticipated Letter Motion to compel on the issues discussed during today's conference. Defendants shall respond no later than October 22, 2020. Plaintiff shall reply by October 26, 2020. The Court shall hold a telephonic oral argument on the motion on October 28, 2020 at 10:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745

**SO ORDERED.**

DATED:   New York, New York
         October 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2