

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

October 16, 2020

**Via ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2020
```

Re:     *SM Kids, LLC v. Google LLC, et al.*, Case No. 18 Civ. 2637 (LGS) (SDA)

Dear Judge Aaron:

This firm is counsel to Plaintiff SM Kids, LLC ("**SM Kids**").  We write to advise the Court that SM Kids will not move to compel interrogatory responses from Defendants at this time.  The briefing schedule set forth in the Court's Amended Order of October 16, 2020 (Dkt. 118) is therefore moot and SM Kids respectfully requests that the Court cancel the telephonic oral argument on the motion currently scheduled for October 28, 2020.  SM Kids reserves all rights, including the right to move to compel discovery responses from Defendants in the future.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery
*Attorneys for Plaintiff SM Kids, LLC*

Request GRANTED. The 10/28/2020 telephonic oral argument is canceled. SO ORDERED.
Dated: 10/17/2020

*/s/ Stewart D. Aaron*

cc:     All counsel of record (via ECF)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.