



Ian Shapiro
+1 212 479 6441
ishapiro@cooley.com

Via CM/ECF

October 20, 2020

The Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED.
SO ORDERED.
Dated: 10/21/2020

*[signature: Stewart D. Aaron]*

Re: *SM Kids, LLC v. Google LLC, et al*. (18-cv-2637)

Dear Judge Aaron:

     On behalf of both Parties, we request to extend the deadline to file the Parties' joint letter identifying the Parties' positions concerning custodians, search terms, and date ranges ("Letter") to Friday, October 23, 2020. The Court ordered the Parties to file the Letter by Wednesday, October 21. (ECF No. 117, ¶ 4). There have been no other requests for an extension related to the Letter. The Parties sought to meet and confer today in order to meet the original deadline, but pre-existing scheduling conflicts on both sides precluded this. The Parties are meeting and conferring tomorrow. As such, we ask for a short extension of time to file the Letter, which will allow the Parties to meaningfully confer on and attempt to resolve the discovery issues at hand. This extension does not affect any other deadlines. Plaintiff joins in this request.

Sincerely,

Cooley LLP

By: _/s/ *Ian Shapiro*_____
Ian Shapiro
*Attorneys for Defendants*

236342491