**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/15/2020
```

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                                    Plaintiff,

            -against-

Google LLC et al.,

                                    Defendants.

1:18-cv-02637 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Letter Motion submitted on behalf of Plaintiff SM Kids, LLC ("SM Kids") and Non-Parties Allan Cohen, Jared Lader, Michael Cohen, Roxanne Escander, David Evans, Brian Tucker, and PCP Operating LLC (ECF No. 150) is GRANTED IN PART and DENIED IN PART, as follows:

1.  The subject Document Subpoenas served upon Michael Cohen, Ms. Escander, David Evans, Brian Tucker and PCP Operating LLC for "documents and communications relating to the GOOGLES mark and business" seek relevant information and no showing of undue burden has been made. Thus, documents shall be produced in response to the Document Subpoenas, except that investor reports that SM Kids already has produced through party discovery need not be produced by these non-parties.

2.  The recipients of the subject Deposition Subpoenas, *i.e.*, Allan Cohen, Jared Lader, Michael Cohen and David Evans, have knowledge of information relevant to the subject matter of this action and thus their depositions properly may be taken. However, to reduce the burden on these non-parties, and based upon principles of

proportionality, each of the foregoing depositions shall be taken remotely and shall

be limited to three hours and thirty minutes.

**SO ORDERED.**

DATED:      New York, New York
              December 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge