```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                                  Plaintiff,

         -against-

Google LLC et al.,

                                  Defendants.

1:18-cv-02637 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Defendants' Letter Motion for an extension of time to complete discovery (ECF No. 168) is GRANTED IN PART and DENIED IN PART. The deadline for the completion of fact discovery is extended until February 19, 2021. Accordingly, the deadline for the disclosure of expert reports is extended until March 19, 2021; the deadline for the disclosure of rebuttal expert reports is extended until April 16, 2021; and the deadline for the completion of expert discovery is extended until May 7, 2021.

2. Defendants' Letter Motion to extend the length of the deposition of Allan Cohen (ECF No. 172) is GRANTED IN PART and DENIED IN PART. Mr. Cohen's deposition shall be limited to five hours.

The Clerk of Court is respectfully requested to unseal the document filed at ECF No. 171.

**SO ORDERED.**

DATED:    New York, New York
          January 26, 2021

*[signature: Stewart D. Aaron]*

STEWART D. AARON
United States Magistrate Judge