**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/17/2021__
```

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                                        Plaintiff,

              -against-

Google LLC et al.,

                                        Defendants.

**1:18-cv-02637 (LGS) (SDA)**

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

 On Monday, February 22, 2021, the Court will be holding a remote oral argument at 2 p.m. EST. During the oral argument, Plaintiff's counsel shall be prepared to address the following questions:

1. Did the law firm Wyman & Isaacs LLP have a written engagement or retainer agreement with Steve Garchik, Stelpro Investors LLC ("Stelpro"), SJM Partners, Allan Cohen and/or Taral Productions, LLC ("Taral")? If so, when was or were such agreement or agreements entered into?

2. Was an agreement executed between Steve Garchik (or Stelpro) and Allan Cohen (or Taral) following the drafts that are contained in ID003101 and/or ID6009? If so, when?

3. Who is Richard Rakowski? Why are communications with him privileged?

4. When did Allan Cohen (or Taral), Robert Friedman (or Bungalow Media + Entertainment) and/or Steve Garchik (or SJM Partners) "formalize[] their joint venture in [the] written agreement" referred to in Plaintiff's February 16, 2021 Letter Response (*see* ECF No. 194 at 9)?

In addition, no later than Friday, February 19, 2021, Plaintiff shall file with the Court the following documents: (1) any agreement Wyman & Isaacs LLP had with Steve Garchik, Stelpro, SJM Partners, Allan Cohen and/or Taral (*see* paragraph 1 above); (2) any agreement executed between Steve Garchik (or Stelpro Investors LLC) and Allan Cohen (or Taral) (*see* paragraph 2 above); and (3) the written agreement referred to in paragraph 4 above.

**SO ORDERED.**

DATED:      New York, New York
              February 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge