UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021
```

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                            Plaintiff,

      -against-

Google LLC et al.,

                            Defendants.

1:18-cv-02637 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, in accordance with the Protective Order (ECF No. 48) and the Court's Individual Practices, the parties must seek permission to file documents under seal; and

    WHEREAS, the parties have filed documents under seal at ECF Nos. 137, 149, 179, 187, 194, 199, 200 and 203[1] without an accompanying sealing request.

    NOW, THEREFORE, it is hereby ORDERED that, no later than March 26, 2021, the parties shall file a joint letter setting forth the specific basis for why confidential treatment is justified with respect to each of these documents.[2] The parties are reminded that filing under seal must be narrowly tailored and consistent with the presumption of public access to judicial documents. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006); *see also Brown v. Maxwell*, 929 F.3d 41, 47 (2d Cir. 2019).

---

[1] During oral argument on February 22, 2021, Defendants indicated an intention to withdraw the Letter Motion filed at ECF No. 202/203. If they do so, the joint letter need not address this Letter Motion.

[2] Henceforth, the parties shall comply with the Individual Practices of Judge Schofield and Judge Aaron, as applicable, with respect to the sealing of documents.

**SO ORDERED.**

DATED:     New York, New York
                February 24, 2021

_____
STEWART D. AARON
United States Magistrate Judge