UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SM KIDS, LLC,

                       Plaintiff,

          -against-

GOOGLE LLC, et al.,

                       Defendants.
------------------------------------------------------------- X

18 Civ. 2637 (LGS)

ORDER

WHEREAS, on March 9, 2021, Defendants filed a motion, Dkt. No. 214, to set aside or modify Judge Aaron's February 23, 2021, Opinion & Order at Dkt. No. 206 and a letter motion, Dkt. No. 213, requesting permission to file certain documents under seal related to their motion at Dkt. No. 214.

WHEREAS, on March 10, 2021, Judge Aaron filed an Order, Dkt. No. 219, vacating the Opinion & Order at Dkt. No. 206.  It is hereby

**ORDERED** that, Defendants' motions at Dkt. Nos. 213 and 214 are denied as moot.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 213 and 214.

Dated: March 12, 2021
        New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE