

Ian Shapiro
+1 212 479 6441
ishapiro@cooley.com

Via CM/ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/26/2021__

March 26, 2021

The Hon. Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *SM Kids, LLC v. Google LLC*, et al. (18-cv-2637 (LGS) (SDA))

Dear Judge Aaron:

      I write on behalf of Defendants Google LLC, Alphabet Inc., and XXVI Holdings Inc. and Plaintiff SM Kids jointly to respectfully request to adjourn this afternoon's scheduled oral argument concerning the motion to quash the subpoena Defendants served on Davis Wright Tremaine ("DWT").  The parties are still conferring over a solution to their dispute relating to the DWT subpoena and believe that they can continue to make progress without the Court's intervention this afternoon.  The parties propose to file a joint letter at the end of the day on Monday, March 29 letting the Court know whether they have negotiated a compromise, or, if not, the status of their negotiations.  If, at that time, the parties believe it is necessary to schedule a new conference at which the Court can hear argument on their dispute, the parties will advise the Court.

Request GRANTED. SO ORDERED.
Dated: 3/26/2021

*/s/ Stewart D. Aaron*

Respectfully Submitted,

Cooley LLP

By:  __/s/ Ian Shapiro_____
Ian Shapiro
*Attorney for Defendants*