```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SM Kids, LLC, as successor-in-interest to
Stelor Productions, LLC,

                      Plaintiff,

      -against-

Google LLC et al.,

                      Defendants.

1:18-cv-02637 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed the parties' joint letter regarding the sealing of the documents set forth in the Court's February 24, 2021 Order (*see* Order, ECF No. 207; Letter, ECF No. 232), it is hereby Ordered as follows:

1. The Clerk of Court is directed to unseal the documents filed at ECF Nos. 137 and 149.

2. Plaintiff's application to seal ECF Nos. 179, 187, 194, 199, 200 and 203 is GRANTED. The Court has considered the test set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and finds that sealing is justified for the reasons set forth in the parties' Letter.

**SO ORDERED.**

Dated:     New York, New York
            March 29, 2021

                                                             /s/ Stewart D. Aaron
                                                          STEWART D. AARON
                                                          United States Magistrate Judge