

**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2021

April 21, 2021

**Via ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SM Kids, LLC v. Google LLC, et al.*, Case No. 18 Civ. 2637 (LGS)

Dear Judge Aaron:

We represent Plaintiff SM Kids, LLC ("**SM Kids**") in the above-captioned matter.  We write jointly on behalf of SM Kids and Defendants Google LLC, Alphabet Inc., and XXVI Holdings Inc. to respectfully request a brief adjournment of all deadlines and hearings in this case, including those deadlines set by Your Honor's orders at ECF Nos. 220 (as extended by ECF No. 247), 233, 258, and 264.  The parties are continuing to discuss the possibility of entering into private mediation, and may schedule such a mediation in the near future.  The parties request this extension so that they may focus on determining whether an agreement concerning such a mediation is possible and to, potentially, save the parties' and the Court's resources during that time.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc:    All Counsel of Record (by ECF)

Request GRANTED. All existing deadlines in this case hereby are adjourned for a period of 30 days. The hearing currently scheduled before me on May 11, 2021 is adjourned *sine die*. No later than May 24, 2021, the parties shall file a joint letter regarding the status of private mediation efforts. SO ORDERED.
Dated: 4/21/2021

*[Signature: Stewart D. Aaron]*

4833-0221-4118v.2 0105380-000001

Anchorage  New York  Seattle
Bellevue  Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com