

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 4/22/2021

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

April 21, 2021

**Via ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Application GRANTED. The parties' proposed schedule is approved, except that the hearing shall occur on May 26, 2021 at 2:00 pm via telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.

Dated: April 22, 2021

Re: *SM Kids, LLC v. Google LLC, et al.*, Case No. 18 Civ. 2637 (LGS)

Dear Judge Aaron:

We write to clarify our request of earlier today to adjourn all dates in this case. We are grateful for the Court's prompt attention to our request; however, it has come to our attention that we inadvertently failed to specify that the parties had, at this time, only agreed to a two-week, rather than 30-day, adjournment. The difference in the adjournment time is important to establishing the framework in which a potential mediation will take place. We therefore respectfully request that the Court adjust the length of the stay granted at ECF No. 267 to two weeks.

To add further clarity, please find below a chart of proposed rescheduled deadlines:

| Event | Currently Scheduled Deadline | Proposed Deadline |
|---|---|---|
| SM Kids' Opposition to Google's Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | April 26, 2021 | May 10, 2021 |
| Google's Deadline to take Jared Lader Deposition | April 27, 2021 | May 11, 2021 |
| SM Kids' Opposition to Motion to Compel production of documents from Ganz | April 27, 2021 | May 11, 2021 |
| Parties' Deadline to submit a joint letter regarding their meet and confer about Google Analytics and GoDaddy web traffic | April 30, 2021 | May 14, 2021 |

April 21, 2021
Page 2

| Event | Currently Scheduled Deadline | Proposed Deadline |
|---|---|---|
| Google's Reply in Support of Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | May 4, 2021 | May 18, 2021 |
| Google's Reply in Support of Motion to Compel production of documents from Ganz | May 6, 2021 | May 20, 2021 |
| Hearing on Google's Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | May 11, 2021 at 2:00 PM | May 25, 2021 or the earlier the Court is available after Google's submission of its reply brief. |

We regret the oversight and belaboring the issue with the Court, and again are grateful for the Court's consideration.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc:   All Counsel of Record (by ECF)