

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**John M. Magliery**
212.603.6444 tel
212.379.5212 fax

johnmagliery@dwt.com

May 8, 2021

**Via ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2021
```

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *SM Kids, LLC v. Google LLC, et al.*, Case No. 18 Civ. 2637 (LGS)

Dear Judge Aaron:

We represent Plaintiff SM Kids, LLC ("**SM Kids**") in the above-captioned matter. We write jointly on behalf of SM Kids and Defendants Google LLC, Alphabet Inc., and XXVI Holdings Inc. to respectfully request an additional adjournment of all deadlines and hearings in this case. The parties have agreed to enter into private mediation, which will be conducted on June 3, 2021, under the auspices of JAMS. Therefore, the parties request this additional extension so that they may focus on the mediation and to save the parties' and the Court's resources during this time. We therefore respectfully request that the Court extend the length of the stay granted at ECF No. 269 as stated in the chart below:

| Event | Currently Scheduled Deadline | Proposed Deadline |
|---|---|---|
| Deadline for the Parties to Inform the Court of the Outcome of the Mediation | N/A | June 4, 2021 |
| SM Kids' Opposition to Google's Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | May 10, 2021 | June 10, 2021 |
| Google's Deadline to take Jared Lader Deposition | May 11, 2021 | June 11, 2021 |
| SM Kids' Opposition to Motion to Compel production of documents from Ganz | May 11, 2021 | June 11, 2021 |
| Parties' Deadline to submit a joint letter regarding their meet and confer about Google Analytics and GoDaddy web traffic | May 14, 2021 | June 14, 2021 |

4817-5606-0136v.4 0105380-000001

Anchorage  New York      Seattle
Bellevue   Portland      Shanghai
Los Angeles San Francisco Washington, D.C.

www.dwt.com

May 8, 2021
Page 2

May 8, 2021
Page 2

| Event | Currently Scheduled Deadline | Proposed Deadline |
|---|---|---|
| Google's Reply in Support of Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | May 18, 2021 | June 21, 2021 |
| Google's Reply in Support of Motion to Compel production of documents from Ganz | May 20, 2021 | June 21, 2021 |
| Hearing on Google's Motion to Compel Production of Documents from SM Kids' Privilege Log and Third Parties' Privilege Logs | May 26, 2021, at 2:00pm | June 30, 2021, or another date convenient for the Court |

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

John M. Magliery

cc: All Counsel of Record (by ECF)

Request GRANTED. The date for the hearing on Google's motion to compel production of documents from SM Kids' privilege log and third parties' privilege logs shall be set by separate Order. SO ORDERED.
Dated: 5/9/2021

4817-5606-0136v.4 0105380-000001

4817-5606-0136v.5 0105380-000001